# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Lockheed Martin Corporation | )     ASBCA No. 61082 |
| | ) |
| Under Contract No. N00019-06-C-0098 | ) |

APPEARANCES FOR THE APPELLANT:     Terry L. Albertson, Esq.
Elizabeth A. Buehler, Esq.
  Crowell & Moring LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:     E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
Stephen R. Dooley, Esq.
  Senior Trial Attorney
  Defense Contract Management Agency
  Boston, MA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 5 September 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61082, Appeal of Lockheed Martin Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals